■ In the Matter of INJAH TAFARI, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, et al., Respondents. [937 NYS2d 902]

Mercure, A.P.J., Lahtinen, Malone Jr., Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.